FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ADRIAN SEDANO-ROBLEDO,<br><br>            Defendant. | NO: CR-06-2090-RHW<br><br>ORDER DISMISSING<br>INDICTMENT |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Indictment as to Defendant Adrian Sedano-Robledo is hereby dismissed.

DATED this 24th day of May, 2006.

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE